■  In the Matter of WEST BLOOMFIELD WATER DISTRICT, Petitioner, against WATER POWER AND CONTROL COMMISSION et al., Respondents. CITY OF ROCHESTER, Intervenor-Respondent.— Motion to dismiss proceeding granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■  In the Matter of the Claim of MARY L. WHITE, Appellant, against SWAN CLEANERS & DYERS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■  In the Matter of the Claim of DAVID ZELDIN, Appellant, against GLENVILLE FARMS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■  ALLEN NELSON, JR., an Infant, by GERALD NELSON, His Guardian ad Litem, Respondent, v. TOWN OF SMYRNA, CHENANGO COUNTY, Appellant.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See ante, p. 794.]

■  In the Matter of the Claim of MOLLIE DUGAN, Appellant, against TRAVELERS INSURANCE COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for resettlement, reargument or for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See ante, p. 874.]